**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MINH QUANG NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00220-AGF |
| | ) | |
| GARY STOLZER, Warden of Ste. | ) | |
| Genevieve County Jail, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Pursuant to Petitioner's Notice (ECF No. 8) in Response to the Court's October 8, 2026,

**IT IS HEREBY ORDERED** that any reply by Petitioner to the Government's response is due no later than **October 30, 2026**.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2026.